UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SYLVIA DOMINGUEZ-CURRY, ) | |
| ) | |
| Plaintiff, ) | 03:01-CV-00630-LRH (RAM) |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| THE NEVADA DEPARTMENT OF ) | |
| TRANSPORTATION, an Agency of the State ) | |
| of Nevada; and ROC STACEY, ) | |
| ) | |
| Defendants. ) | |

On September 14, 2005, the Ninth Circuit Court of Appeals reversed this court's decision granting summary judgment (Docket No. 18) in favor of defendants and remanded the case for a trial on the merits.

IT IS THEREFORE ORDERED that the parties shall have thirty (30) days within which to lodge with the court a proposed written joint pretrial order.

IT IS SO ORDERED.

DATED this 9th day of December, 2005.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE